1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | IN RE:                                  ) MDL No.: 2497
                                             )
12 | AIR CRASH AT SAN FRANCISCO,             ) [PROPOSED] TRIAL SETTING
   | CALIFORNIA, ON JULY 6, 2013             ) ORDER
13                                           )
                                             ) THIS ORDER RELATES TO:
14                                           )
                                             ) *Qiao, et al. v. Asiana Airlines, Inc. et al.*
                                             )     Case No. 13-cv-04903 YGR
15                                           ) *Lee, et al. v. Asiana Airlines, Inc. et al.*
                                             )     Case No. 13-cv-04905 YGR
16                                           )
                                             ) *Lee, et al. v. Asiana Airlines, Inc. et al.*
17                                           )     Case No. 13-cv-04907 YGR
                                             ) *Rha, et al. v. Asiana Airlines, Inc. et al.*
18                                           )     Case No. 14-cv-01486 YGR
                                             )
19                                           ) *Chong, et al. v. Asiana Airlines, Inc.et al.*
                                             )     Case No. 14-cv-05510 YGR
20                                           ) *Rah v. Asiana Airlines, Inc. et al.*
                                             )     Case No. 14-cv-05603 YGR
21                                           )
                                             ) *Han, et al. v. The Boeing Company et al.*
22                                           )     Case No. 15-cv-00053 YGR
                                             ) *Yuan v. Asiana Airlines, Inc. et al.*
23                                           )     Case No. 15-cv-02797 YGR
                                             )
24                                           ) *Jang, et al. v. Asiana Airlines, Inc. et al.*
                                             )     Case No. 15-cv-02799 YGR
25                                           ) *Martineau v. Asiana Airlines, Inc. et al.*
                                             )     Case No. 15-cv-02800 YGR
26                                           )
                                             ) *Hong, et al. v. The Boeing Company et al.*
27                                           )     Case No.15-cv-03370 YGR
                                             ) *Hyun, et al. v. Asiana Airlines, Inc. et al.*
28                                           )     Case No. 15-cv-03511 YGR

---

[PROPOSED] TRIAL SETTING ORDER
CASE NO.:  13-MDL-02497 YGR                                                LAOFFICE 149594V.1

1   The Court, having received and reviewed the parties' Joint Case Management Conference
2   Statement (Dkt. No. 679), and having conducted a further Case Management Conference on
3   September 12, 2016, hereby **ORDERS,** in addition to the dates set by the Court in the Order on
4   Schedule for Remaining Cases (Dkt. No. 642), the following pretrial schedule, applicable to all
5   of the related cases referenced above:

## PRETRIAL SCHEDULE

| | |
|---|---:|
| CUT-OFF FOR DAMAGES FACT DISCOVERY SET BY PREVIOUS ORDER (DKT. NO. 642): | December 30, 2016 |
| EXCHANGE OF DAMAGES EXPERT REPORTS SET BY PREVIOUS ORDER (DKT. NO. 642): | February 28, 2017 |
| EXCHANGE OF REBUTTAL DAMAGES EXPERT REPORTS SET BY PREVIOUS ORDER (DKT. NO. 642): | March 31, 2017 |
| CUT-OFF FOR DAMAGES EXPERT DISCOVERY SET BY PREVIOUS ORDER (DKT. NO. 642): | May 5, 2017 |
| DISPOSITIVE AND DAUBERT MOTIONS FILED: | July 7, 2017 |
| OPPOSITIONS TO DISPOSITIVE AND DAUBERT MOTIONS FILED: | July 21, 2017 |
| REPLIES TO DISPOSITIVE AND DAUBERT MOTIONS FILED: | July 28, 2017 |
| HEARING ON DISPOSITIVE AND DAUBERT MOTIONS: | Friday, August 18, 2017 10:00 a.m. |
| COMPLIANCE HEARING (SEE BELOW): | Friday, September 1, 2017 9:01 a.m. |
| PRETRIAL CONFERENCE: | Wednesday, September 13, 2017 10:00 a.m. |
| MDL JURY TRIALS SET: | October 2, 2017, to October 30, 2017 |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel <u>shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference</u>. The compliance hearing on Friday, September 1, 2017, at 9:01 a.m. is intended to confirm that

1  counsel have timely met and conferred as required by the Pretrial Instructions.  The compliance
2  hearing shall be held in Courtroom 1, United States Courthouse, Ronald V. Dellums Federal
3  Building, 1301 Clay Street, Oakland, California.  Five (5) business days prior to the date of the
4  compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming that they
5  have complied with this requirement or explaining their failure to comply.  If compliance is
6  complete, the parties need not appear and the compliance hearing will be taken off calendar.
7  Failure to do so may result in sanctions.
8          The parties must comply with both the Court's Standing Order in Civil Cases and
9  Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.
10 All Standing Orders are available on the Court's website at
11 http://www.cand.uscourts.gov/ygrorders.
12         The Court hereby relieves Frank Pitre of Cotchett, Pitre & McCarthy, LLP of all
13 responsibilities associated with the task of Plaintiffs' Liaison Counsel and hereby approves the
14 appointment of Brian Alexander of Kreindler & Kreindler as the Plaintiffs' Liaison Counsel.
15         The next case management conference is set for Friday, January 13, 2017, at 10:00 a.m.,
16 in Courtroom 1, United States Courthouse, Ronald V. Dellums Federal Building, 1301 Clay
17 Street, Oakland, California.  The parties shall file a joint case management conference statement
18 by no later than January 6, 2017, reporting on the status of settlement negotiations and all cases
19 that remain on the Court's docket at that time.
20         **IT IS SO ORDERED.**
21
22
23 Dated:   September 16   , 2016

YVONNE GONZALEZ ROGERS
United States District Court Judge

[PROPOSED] TRIAL SETTING ORDER
CASE NO.:  13-MDL-02497 YGR

- 3 -

LAOFFICE 149594V.1